UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.       Case No. 20-30205
    Originating No. 2:20-cr-00094

**JUSTIN SEAN JOHNSON**

    **aka TDS**
    **aka DS,**

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JUSTIN SEAN JOHNSON,** to answer to charges pending in another federal district, and states:

1. On **June 17, 2020,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Pennsylvania based on an Indictment**. Defendant is charged in that district with violation of **18 U.S.C. 371-Conspiracy, 18 U.S.C. 1343- Wire Fraud, and 18 U.S.C. 1028A (a) (1) and 2 – Aggravated Identity Theft.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    MATTHEW J. SCHNEIDER
    United States Attorney


    s/Barrington Wilkins_____
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    Barrington.wilkins@usdoj.gov
    (313) 226-9621


Dated: June 17, 2020