UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 20-30205

  v.

JUSTIN SEAN JOHNSON,

        Defendant.

_____/

## **APPEARANCE**

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for Defendant. I certify that I am admitted to practice in the Court.

        Respectfully Submitted,

        **FEDERAL DEFENDER OFFICE**

        s/ Benton Martin
        Attorney for Defendant
        613 Abbott Street, 5th Floor
        Detroit, Michigan 48226
        313-967-5832
        E-mail: benton_martin@fd.org

Date: June 18, 2020